1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  MARIA TURNEY

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | Chief Magistrate Judge James Larson
                                          U.S. District Court
12 |         Plaintiff,
                                          Case No. CR06-0266-CRB
13 |    v.
                                          **STIPULATION AND [PROPOSED]**
14 | MARIA TURNEY, *et al.*,              **ORDER RE TRAVEL**

15 |         Defendants.
   | _____/
16

17

18       **IT IS HEREBY STIPULATED** between the parties that defendant Maria Turney

19 may travel to Anaheim County, California, commencing Saturday, July 22, 2006, and

20 returning Wednesday, July 26, 2006, and Shelby County Tennessee, commencing Thursday,

21 July 27, 2006, and returning Saturday, July 30, 2006. This travel has been approved by

22 Pretrial Services Officer Michelle Nero. For this travel, Ms. Turney shall inform the Pretrial

23 Services Officer of her itinerary and lodging arrangements, in advance, and provide contact

24 numbers where she can be reached at each destination. Ms. Turney shall contact the Pretrial

25 //

26 //

27 //

28 //

1  Services Officer on the day of her departure to and return from each destination.

4  Dated: 7/6/06                          /s/ Douglas Horngrad
                                          DOUGLAS I. HORNGRAD
                                          Attorney for Defendant
                                          MARIA TURNEY

8  Dated: 7/6/06                          /s/ David Hall
                                          DAVID HALL
                                          Assistant United States Attorney

11  **IT IS SO ORDERED.**

14  Dated: ___7-7-06_____                _____
                                          HON.
                                          Chief Magistrate Judge
                                          United States District Court

*[Seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" stamp signed by Judge James Larson]*