1  DOUGLAS I. HORNGRAD
   (CA State Bar No. 95086)
2  Attorney at Law
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  MARIA TURNEY

7

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12
   UNITED STATES OF AMERICA,              No. CR 06-0266 CRB
13
          Plaintiff,                      STIPULATION AND [PROPOSED]
14                                        ORDER
       v.
15
   MARIA TURNEY,
16
          Defendant.
17  _____/

18

19      IT IS HEREBY STIPULATED, and the parties do respectfully request that Maria

20  Turney's October 1, 2008, court date in the above matter be vacated and that her court date

21  be reset to December 3, 2008, at 2:15 p.m.  The reason for this request is that counsel

22  //
23  //
24  //
25  //
26  //
27  //
28  //

1 | for Ms. Turney requires more time to respond to the Presentence Report.

3 | Dated: September 23, 2008            /s/ Douglas Horngrad
4 |                                      DOUGLAS I. HORNGRAD
                                         Attorney for Defendant
5 |                                      MARIA TURNEY

7 | Dated: September 23, 2008            /s/ David Hall
                                         DAVID HALL
8 |                                      Assistant United States Attorney

11 |        **IT IS SO ORDERED.**

14 | Dated: 09/24/08                     _____
15 |                                     **HONORABLE CHARLES R. BREYER**
                                         Judge, United States District Court

- 2 -